1 DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
2 Attorneys at Law
222 Rush Landing Road
3 P.O. BOX 6169
Novato, California  94948
4 (415) 898-1555

5 Attorneys for  Petitioner LEAH COHEN

6

7                    **UNITED STATES DISTRICT COURT**

8                  **EASTERN DISTRICT OF PENNSYLVANIA**

9

10 IN RE: ASBESTOS PRODUCTS LIABILITY          )        Civil Action No.  MDL. 875
LITIGATION (NO. VI),                                        )
11                                                                            )
                                                                              )
12 Cohen et al v. General Motors Corporation et al,   )    ORDER SUBSTITUTING
Northern District of California, Case No. 02-194      )    SUCCESSOR-IN-INTEREST FOR
13                                                                            )    DECEASED PLAINTIFF
This document relates to Plaintiff MAURICE       )
14 COHEN                                                            )
                                                                              )
15                                                                            )
                                                                              )
16

17          Petitioner's Motion for Order Substituting Successor-in-Interest for Deceased Plaintiff

18 was reviewed by this Court, good cause appearing,

19          IT IS ORDERED that LEAH COHEN, Successor-in-Interest to decedent MAURICE

20 COHEN be substituted as plaintiff in the place and stead of decedent MAURICE COHEN.

Dated:   10/17/2007
21

22

23                                                                    James T.  Giles
                                                                           United States District Judge
24

25

26

27

28

G:\MDL\FUTURE MONTHS\Subs for 5 plts in 02-194\Cohen\ord sub SII (Federal MDL).wpd1
ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF

**BRAYTON❖PURCELL**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555