DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. BOX 6169
Novato, California 94948
(415) 898-1555

Attorneys for Petitioner CAROLE WELLS

FILED
OCT 3 0 2007
RICHARD W. WIEKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| Cohen et al v. General Motors Corporation et al, Northern District of California, Case No. 02-194 PJH | ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF |
| This document relates to Plaintiff JOHN WELLS | |

Petitioner's Motion for Order Substituting Successor-in-Interest for Deceased Plaintiff was reviewed by this Court, good cause appearing,

IT IS ORDERED that CAROLE WELLS, Successor-in-Interest to decedent JOHN WELLS be substituted as plaintiff in the place and stead of decedent JOHN WELLS.

Dated: 10/17/2007

James T. Giles
United States District Judge

G:\MDL\FUTURE MONTHS\Subs for 5 plts in 02-194\Wells JOHN\ord sub SII (Federal MDL).wpd
ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF