DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✥PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. BOX 6169
Novato, California 94948
(415) 898-1555

Attorneys for Petitioner PATRICIA ANN WISENSKI

FILED

OCT 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| Cohen et al v. General Motors Corporation et al, Northern District of California, Case No. 02-194 PJH | ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF |
| This document relates to Plaintiff JOHN GRAHOVAC | |

Petitioner's Motion for Order Substituting Successor-in-Interest for Deceased Plaintiff was reviewed by this Court, good cause appearing,

IT IS ORDERED that PATRICIA ANN WISENSKI, Successor-in-Interest to decedent JOHN GRAHOVAC be substituted as plaintiff in the place and stead of decedent JOHN GRAHOVAC.

Dated: 10/17/2007

James T. Giles
United States District Judge