Daniel J. Kelly (Bar No. 145088)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant NEWPORT NEWS
SHIPBUILDING AND DRY DOCK COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURICE COHEN,<br><br>   Plaintiff,<br><br>   v.<br><br>CHICAGO BRIDGE & IRON, et al,<br><br>   Defendant. | Case No. C 02-0194<br><br>SUBSTITUTION OF ATTORNEY |

Defendant Newport News Shipbuilding and Dry Dock Company hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981, Telephone: (415) 546-7500, Facsimile: (415) 546-7505 as attorney of record in place and stead of Lawrence E. Butler, Seyfarth Shaw LLP.

Dated: March 18, 2008

NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

By: _____
Cynthia R. Thompson

///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000052
3027623.1

1

Case No. C 02-0194
SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.

2  Dated: ~~March~~ April 5, 2008                    SEYFARTH SHAW LLP

4                                                    By: *Lawrence E. Butler*
                                                     Lawrence E. Butler
5                                                    Present Attorneys for Defendant
                                                     NEWPORT NEWS SHIPBUILDING
6                                                    AND DRY DOCK COMPANY

8  I am duly admitted to practice in this District and accept the above substitution.

9  Dated: March 28, 2008                             HAIGHT BROWN & BONESTEEL LLP

11                                                   By: *[signature]*
                                                     Daniel J. Kelly
12                                                   New Attorneys for Defendant
                                                     NEWPORT NEWS SHIPBUILDING
13                                                   AND DRY DOCK COMPANY

15  **Substitution of Attorney is hereby approved.**

17  Dated:  4/15/08

18                                                   United States Magistrate Judge

    IT IS SO ORDERED
    Judge Phyllis J. Hamilton

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000052
3027623.1

2

Case No. C 02-0194
SUBSTITUTION OF ATTORNEY